JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA PALOMA ROJO, CYNTHIA HERRERA, MIGUEL ROJO-OCHOA, DAVID ROJO-OCHOA, EVA LUZ ROJO-OCHOA,<br><br>Plaintiffs,<br><br>vs.<br><br>KIA MOTORS CORPORATION; DOES 1 through 200, Inclusive,<br><br>Defendants. | Case No. EDCV 19-2171 GW-SHKx<br><br>Assigned to: Hon. George H. Wu<br>Courtroom: 8D<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE**<br>[F.R.C.P 41(a)(1)(A)(ii)] |

Pursuant to the Joint Stipulation for Dismissal of the Entire Action With Prejudice submitted by the parties to the above-captioned matter, the Court hereby Orders that the above-referenced action is hereby dismissed with prejudiced, with each party bearing that party's own fees and costs.

**IT IS SO ORDERED.**

DATED: January 4, 2021

*George H. Wu*

Honorable George H. Wu
United States District Judge

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>DECLARATION OF SERVICE</u>**

  I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 841 Apollo St., Suite 300, El Segundo, CA 90245.

  On January 5, 2021, I served the foregoing document described as **JOINT STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]** on all interested parties in this action as follows:

| | |
|---|---|
| Patricia A. Law<br>Law Offices of Patricia A. Law, APC<br>10837 Laurel Street, Suite 101<br>Rancho Cucamonga, CA 91730 | **Attorneys for Plaintiffs**<br>Tel: (951) 683-8320<br>Fax: (951) 683-8321<br>Email: trish@palfirm.com |
| Melissa Vargas<br>The Lombardo Law Office<br>433 W. Arrow Hwy.<br>Claremont, CA 91711 | **Attorneys for Plaintiff<br>Jorge Humberto Velasquez**<br>Tel: (909) 482-0384<br>Email: mvargas@lawyersfortheinjured.com |

[ ] (**MAIL**) I served a true copy of the document described above by mail as provided by FRCP 5(b)(2)(C), by placing the document in a sealed envelope with postage thereon fully prepaid in a United Stated Post Office box in California addressed to the parties as set forth above.

[ ] (**EMAIL**) I emailed/electronically served the document described above to the email addresses of the parties as set forth above.

[XX] (**CM/ECF**) Pursuant to FRCP 5(b)(2)(E), I sent the document described above to the parties as set forth above by filing the document with CM/ECF.

  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

  Executed on January 5, 2021 at Fullerton, California.

| | |
|---|---|
| <u>Sara Lee         </u><br>Print Name | <u>/s/ Sara Lee       </u><br>Signature |